# EXHIBIT A

  Modified Filing Procedures Address Security Concerns

The federal Judiciary is responding to the recent disclosure of wide-spread cybersecurity breaches of government computer systems with new security procedures to protect highly sensitive confidential documents. New procedures will not change current policies regarding public access to court records.

An official website of the United States government. Here's how you know.

Log in to PACER Systems

Party Search Results

**Search Criteria:** Party Search; Last Name: [sanchez]; First Name: [Cristian]; Party Role: [PLA]; Sort: [Party Name, Descending]
**Result Count:** 121 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez Gomez, Cristian (pla) | 1:2012cv00799 | Sanchez Gomez v. Thompson Brothers Drywall, Inc. et al | Ohio Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04344 | Sanchez v. NHS, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04270 | Sanchez v. Ritual Coffee Roasters, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04269 | Sanchez v. Medi-Vet Animal Health, L.L.C | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04266 | Sanchez v. Nourison Industries Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04265 | Sanchez v. Ozone Networks, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04257 | Sanchez v. XFit, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04228 | Sanchez v. The Right Stuf, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04226 | Sanchez v. PowerDot, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04225 | Sanchez v. Motor Trend Group, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04224 | Sanchez v. Marvel Worldwide, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04223 | Sanchez v. Mazda Motors of America, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04133 | Sanchez v. Feather Home Inc | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04132 | Sanchez v. TABcom, LLC | New York Southern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv04131 | Sanchez v. The Kong Company, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04130 | Sanchez v. Penske Media Corporation | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04129 | Sanchez v. Onchain Labs, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04044 | Sanchez v. Lull Ventures, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04043 | Sanchez v. Intelligentsia Coffee Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04041 | Sanchez v. EN-R-G Foods, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04039 | Sanchez v. KF Tea USA Inc | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04038 | Sanchez v. Layla Sleep Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04037 | Sanchez v. Indigo Sleep, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04036 | Sanchez v. Hollywood Feed, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04035 | Sanchez v. HYKSO Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04032 | Sanchez v. American Collegiate Marketing, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv04031 | Sanchez v. Kovels' Antiques, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03812 | Sanchez v. Fit Snack, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03810 | Sanchez v. Cruise.com, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03808 | Sanchez v. Perani, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03807 | Sanchez v. HiDive LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03806 | Sanchez v. Crackle Plus, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03805 | Sanchez v. Fetch! Pet Care, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03804 | Sanchez v. Coinigy, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03803 | Sanchez v. Blockfi Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03740 | Sanchez v. Seahorse & Gazelle, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03739 | Sanchez v. Everly Well, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03737 | Sanchez v. Sealy Ecommerce, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03735 | Sanchez v. City Sports USA Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03734 | Sanchez v. BitGo, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03733 | Sanchez v. NYC Bike Share, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03731 | Sanchez v. Better Holdco, Inc. | New York Southern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv03057 | Sanchez v. MMM Consumer Brands Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03056 | Sanchez v. Infinity 1 Incorporated | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03055 | Sanchez v. Meios, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03054 | Sanchez v. Maple Holistics LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03053 | Sanchez v. Ladder, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03052 | Sanchez v. Grandma Lucy's LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03051 | Sanchez v. Goat Milk Stuff LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03050 | Sanchez v. Virtuous Vices LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03049 | Sanchez v. Veestro, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03048 | Sanchez v. Toyota Motor Sales, U.S.A., Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03047 | Sanchez v. Synapse Group, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03044 | Sanchez v. Purity Organic, Inc. | New York Southern District Court |

PACER FAQ         Privacy & Security         Contact Us         Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

## Modified Filing Procedures Address Security Concerns

The federal Judiciary is responding to the recent disclosure of wide-spread cybersecurity breaches of government computer systems with new security procedures to protect highly sensitive confidential documents. New procedures will not change current policies regarding public access to court records.

An official website of the United States government. Here's how you know.

Log in to PACER Systems




Party Search Results

**Search Criteria:** Party Search; Last Name: [sanchez]; First Name: [Cristian]; Party Role: [PLA]; Sort: [Party Name, Descending]
**Result Count:** 121 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv03041 | Sanchez v. Onyx Enterprises Int'l Corp. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03040 | Sanchez v. NutraMarks, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03059 | Sanchez v. Forma Supply Co LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv03043 | Sanchez v. Panda Plates Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02599 | Sanchez v. Atom Finance, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02598 | Sanchez v. Welcome Skateboards Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02596 | Sanchez v. Cargurus, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02595 | Sanchez v. Alpha Mart Holdings LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02594 | Sanchez v. Brickell Brands, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02593 | Sanchez v. Barkman Honey, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02591 | Sanchez v. W.P. Produce Corporation | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02589 | Sanchez v. Cratejoy, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02588 | Sanchez v. FiveFour Group LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02586 | Sanchez v. ZGTL LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02356 | Sanchez v. Betterment LLC | New York Southern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv02355 | Sanchez v. Ronnoco Coffee, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02353 | Sanchez v. Royal Cup Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02352 | Sanchez v. Westrock Coffee Company, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02350 | Sanchez v. Mount Olive Pickle Company, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02349 | Sanchez v. Gobrands, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02348 | Sanchez v. Bargreen-Ellingson, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02347 | Sanchez v. The Wasserstrom Company | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02345 | Sanchez v. Massimo Zanetti Beverage USA, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02342 | Sanchez v. Wholesale Coins Direct, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02294 | Sanchez v. USGB LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02293 | Sanchez v. Nationwide Coin & Bullion Reserve, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02292 | Sanchez v. Alternative IRA Services, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02291 | Sanchez v. eToro USA LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02290 | Sanchez v. Austin Rare Coins, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02288 | Sanchez v. Gerber Childrenswear LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02287 | Sanchez v. PlentyofFish Media, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02285 | Sanchez v. Purely Elizabeth LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02284 | Sanchez v. Next Technologies Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02282 | Sanchez v. BitPay, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02019 | Sanchez v. Auction Edge, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02015 | Sanchez v. American Mint LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv02013 | Sanchez v. BAM Trading Services Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01816 | Sanchez v. Payward, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01814 | Sanchez v. Browning | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01813 | Sanchez v. Money Metals Exchange LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01808 | Sanchez v. Copart, Inc. | New York Southern District Court |

| Party Name | Case Number | Case Title | Court |
|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv01807 | Sanchez v. Gain Capital Group, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01799 | Sanchez v. Collectors Universe, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01797 | Sanchez v. USA Wine & Spirits, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01795 | Sanchez v. Universal Coin & Bullion, LTD. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01793 | Sanchez v. SD Bullion, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01792 | Sanchez v. Panini America, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01660 | Sanchez v. Sovereign Offshore Services LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01651 | Sanchez v. Twitch Interactive, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01650 | Sanchez v. The Upper Deck Company | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01648 | Sanchez v. Shuttle Finance, Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01647 | Sanchez v. Seeking Alpha Inc. | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01646 | Sanchez v. BFTV, LLC | New York Southern District Court |
| Sanchez, Cristian (pla) | 1:2021cv01645 | Sanchez v. Beckett Collectibles, LLC | New York Southern District Court |

PACER FAQ Privacy & Security Contact Us Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

**Modified Filing Procedures Address Security Concerns**

The federal Judiciary is responding to the recent disclosure of wide-spread cybersecurity breaches of government computer systems with new security procedures to protect highly sensitive confidential documents. New procedures will not change current policies regarding public access to court records.

An official website of the United States government. Here's how you know.






Party Search Results

**Search Criteria:** Party Search; Last Name: [Sanchez]; First Name: [Cristian]; Party Role: [PLA]; Sort: [Party Name, Descending]
**Result Count:** 121 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Sanchez, Cristian (pla) | 1:2021cv01441 | Sanchez v. Oath Inc. | New York Southern District Court | 02/18/2021 | |
| Sanchez, Cristian (pla) | 1:2021cv01439 | Sanchez v. TV Guide Magazine, LLC | New York Southern District Court | 02/18/2021 | 04/19/2021 |
| Sanchez, Cristian (pla) | 1:2021cv01438 | Sanchez v. PicsArt, Inc. | New York Southern District Court | 02/18/2021 | 05/05/2021 |
| Sanchez, Cristian (pla) | 1:2021cv01437 | Sanchez v. Peacock TV LLC | New York Southern District Court | 02/18/2021 | |
| Sanchez, Cristian (pla) | 1:2021cv01436 | Sanchez v. BET Streaming LLC | New York Southern District Court | 02/18/2021 | 05/13/2021 |
| Sanchez, Cristian (pla) | 1:2021cv01435 | Sanchez v. Adobe Inc. | New York Southern District Court | 02/18/2021 | |
| Sanchez, Cristian (pla) | 1:2021cv01434 | Sanchez v. Wedderspoon Organic USA, LLC | New York Southern District Court | 02/18/2021 | |
| Sanchez, Cristian (pla) | 1:2021cv01432 | Sanchez v. The McClatchy Company, LLC | New York Southern District Court | 02/18/2021 | 05/04/2021 |
| Sanchez, Cristian (pla) | 1:2021cv01431 | Sanchez v. Hearst Magazine Media, Inc. | New York Southern District Court | 02/18/2021 | 04/13/2021 |
| Sanchez, Cristian (pla) | 1:2021cv01430 | Sanchez v. Zero Skateboards LLC | New York Southern District Court | 02/18/2021 | |
| Sanchez, Cristian (pla) | 1:2018cv10820 | Napolitano et al v. Kingdom of Saudi Arabia et al. | New York Southern District Court | 11/19/2018 | |
| Sanchez, Cristian (pla) | 1:2018cv10820 | Napolitano et al v. Kingdom of Saudi Arabia et al. | Judicial Panel On Multidistrict Litigati | 11/19/2018 | |
| Sanchez, Cristian (pla) | 5:2021cv00353 | Cristian Sanchez v. Andrew M. Saul | California Central District Court | 02/26/2021 | |

Reduce font size



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov