UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN SANCHEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>ADOBE INC.,<br><br>                    Defendant. | Case No. 1:21-cv-01435-GBD<br><br>**DECLARATION OF<br>NATHAN ETTER** |

I, Nathan Etter, declare as follows:

1.      I am over the age of 18 years, and I submit this declaration in support of the motion to dismiss or transfer filed by Adobe Inc. ("Adobe") in the captioned action. Each fact set forth in this declaration is based on my personal knowledge and/or review of corporate records created and maintained by Adobe in the regular course of its business, and if called to testify, I can and would testify competently and truthfully to them.

2.      I am employed by Adobe as the SVP, Adobe.com Experience, and in that capacity, I am familiar with Adobe's corporate structure and operations, including the operations of the website www.adobe.com (the "website").

3.      Adobe is a corporation formed under the laws of the State of Delaware.

4.      Adobe's global corporate headquarters is located in San Jose, California.

5.      The Adobe personnel who develop and are responsible for maintaining Adobe's policies relating to the website are principally located in and work from Adobe's offices in San Jose, California and San Francisco, California.

6.      The Adobe personnel who design, construct, maintain, and operate the website are principally located in and work from Adobe's offices in San Jose, California and San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in **San Jose, California**, on May 14, 2021.

_Nathan Etter_
Electronically signed by:
Nathan Etter
Date: May 14, 2021 11:24 PDT

Nathan Etter