**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X

CHRISTIAN SANCHEZ,

                 Plaintiff,

   -against-

ADOBE INC.,

                Defendant.

------------------------------------ X

ORDER

21 Civ. 1435 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled for June 16, 2021 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss the Complaint or Alternatively to Transfer Venue, (ECF 12), is scheduled for August 11, 2021 at 11:00 am.

Dated: May 25, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE