UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CRISTIAN SANCHEZ

                          Plaintiff,

      -against-

ADOBE INC.,

                         Defendant.
------------------------------------x

ORDER

21 Civ. 1435 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request to conduct limited jurisdictional discovery on the issue of personal jurisdiction, (ECF No. 17), is DENIED.

Dated: New York, New York
       June 3, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge