UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CHRISTIAN SANCHEZ,

                Plaintiff,

-against-

ADOBE INC.,

                Defendant.

------------------------------------ X

ORDER

21 Civ. 1435 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2021

GEORGE B. DANIELS, District Judge:

Plaintiff has failed to oppose Defendant's Motion to Dismiss for Lack of Jurisdiction, or, Alternatively, to Transfer, (ECF No. 12), and the time for doing so has now passed. Defendant's unopposed Motion to Dismiss is GRANTED. The complaint, (ECF No.1), filed February 18, 2021, is DISMISSED without prejudice.

The Clerk of the Court is directed to close the case.

Dated: August 3, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE